IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DABEL FITZGERALD,

    *Plaintiff*,

v.                                          Case No.: 4:23cv298-MW/MAF

G.T.L. AUTOMATED TELEPHONE
SYSTEM, et al.,

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 17. The Magistrate Judge recommends dismissal for failure to prosecute and failure to comply with Court Orders, based on Plaintiff's failure to submit a second amended complaint. This Court has independently verified that the Magistrate Judge's prior orders have not been returned as undeliverable. Instead, Plaintiff has filed two nonresponsive documents ordering the parties to respond and registering his "recommendation" about an alleged violation of his constitutional rights. *See* ECF Nos. 21 and 22. However, Plaintiff has neither complied with the Magistrate Judge's order to file a second amended complaint, nor has Plaintiff filed any objections to the report and recommendation.

Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 17, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** for failure to prosecute and failure to comply with Court Orders." The Clerk shall close the file.

**SO ORDERED on February 20, 2024.**

                                        s/Mark E. Walker
                                        **Chief United States District Judge**